No. 272. Chicago Frog & Switch Co. v. United States. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Karl D. Loos, E. Barrett Prettyman,* and *Preston B. Kavanaugh* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Claude R. Branch* and *George H. Foster* for the United States.

No. 273. Kunglig Jarnvagsstyrelsen v. Dexter & Carpenter, Inc. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. Harry Covington, Edward B. Burling, Gustav Lange, Jr.,* and *Newell W. Ellison* for petitioner. *Mr. Charles S. Haight* for respondent.

No. 274. Graff et al. v. Wallace et al. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Harry S. Barger* and *Frank Stetson* for petitioners. *Mr. Victor H. Wallace* for respondents.

No. 277. Cady, Schapiro & Schapiro et al. v. M. D. Mirsky & Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David Haar* for petitioners. *Mr. David W. Kahn* for respondent.

No. 278. Cracker Jack Co. v. United States. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. George E. Holmes* for petitioner. *Solicitor General Hughes, Assistant Attorney General*